# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - PROBATE DIVISION

| | | |
|---|---|---|
| Estate of | ) | No. *98 P 274* |
| | ) | |
| CHRISTOPHER C. FARLEY, | ) | Docket   *~/9* |
| | ) | |
| Deceased. | ) | Page   *269* |

### AFFIDAVIT OF HEIRSHIP

I, Thomas J. Farley, being first duly sworn, on oath depose and say that:

1. I am the father of Christopher C. Farley ("Decedent") who died a resident of Cook County, Illinois on December 18, 1997 at the age of 33 years.

2. The decedent was never married and no children were born to or adopted by the decedent during his lifetime.

3. The Decedent was the son of THOMAS J. FARLEY and MARY ANNE FARLEY who are married to each other and both of whom are living and under no legal disability.

4. Five children were born to the decedent's parents and no children were adopted by either of them during their lifetime, namely:

    a. the Decedent, Christopher C. Farley;

    b. THOMAS J. FARLEY, JR., who is living and under no legal disability;

    c. BARBARA A. FARLEY, who is living and under no legal disability;

    d. KEVIN P. FARLEY, who is living and under no legal disability;

    e. JOHN P. FARLEY, who is living and under no legal disability;

5. Based on the foregoing, the Decedent left as his only heirs-at-law: Thomas J. Farley, Mary Anne Farley, Thomas J. Farley, Jr., Barbara A. Farley, Kevin P. Farley and John P. Farley.

Respectfully submitted,

*Thomas J. Farley*

Thomas J. Farley

SUBSCRIBED and SWORN to
before me this ___ day
of _____ 1998.

_____
Notary Public

I hereby certify that the document to which this
certification is affixed is a true copy.

Date November 01, 2017

Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL