# EXHIBIT C

Skip to Main Content | Skip to Footer

**Alex Padilla**
**California Secretary of State**

About     Business     Notary & Authentications     Elections     Campaign & Lobbying     State Archives

Registries     News     Contact

  

## Special Filings

Immigration Consultants

   **Qualifications & Check List**

   **Immigration Consultant Search**

Successor-In-Interest Search

Forms & Fees

Special Filings FAQs

Contact Information

## Related Links

**Legislation**

**California Codes**

**California Regulations**

**Private Service Companies**

Home » Business Programs » Special Filings

# Successor-In-Interest

In order to recover damages as a successor-in-interest for the authorized use of a deceased personality's name, voice, signature, or likeness, you first must register your claim as a successor-in-interest with the Secretary of State as required by Civil Code section **3344.1** by filing a **Registration of Claim as Successor-In-Interest**.

Each successor-in-interest claim filed with our office is required to contain the personality's name, date of death, the name and address of the claimant and the interest claimed.

Fees and instructions for requesting information relating to a successor-in-interest record are included on the **Special Filings Records Order Form** (pdf ~100KB).

To use the search, enter the personality/celebrity name and/or the legal name.  The search can be for a full or partial name in either upper or lower case letters. You also may enter a single letter and the search will match every record that contains that letter.  Example: Search for the letter "A" in the name and almost all records will be returned. "All" also may be entered and a listing of all records will be returned. The request must be made in English and the results will be returned in English.

Successor-In-Interest Search

Personality Name

Legal Name

**\* Personality Name and Legal Name can't both be blank.**

**Disclaimer of Warranties/Accuracy of Data:** Although the data provided through this search have been produced and processed from sources believed to be accurate and reliable, no warranty expressed or implied is made regarding accuracy, adequacy, completeness, legality, reliability or usefulness of any information so provided. This disclaimer applies to both isolated and aggregate uses of the information. The Secretary of State's office provides this information on an "as is" basis. All warranties of any kind, express or implied, including but not limited to the implied warranties of merchantability, fitness for

a particular purpose, freedom from contamination by computer viruses and non-infringement of proprietary rights ARE DISCLAIMED. Changes may be periodically added to the information provided herein; these changes may or may not be incorporated in any new version of the published information. If you have obtained information from the Secretary of State's website from a source other than the Secretary of State's website, be aware that electronic data can be altered subsequent to original distribution. If you find any errors or omissions, we encourage you to report your findings to the **Notary Public Section**.

**Contact Information**   **Back to Top ↑**

## Agency

**Home**

**About**

**Business**

**Notary & Authentications**

**Elections**

**Campaign & Lobbying**

**State Archives**

**Registries**

**News**

**Contact**

## Resources

**Career Opportunities**

**Site Maintenance Schedule**

**Website Help**

**Language Access Complaint Form**

**Guidelines for Access to Public Records**

**California Home Page**

**Accessibility**



Copyright © 2017 California Secretary of State | 1500 11th Street, Sacramento, California 95814 | (916) 653-6814

**Sitemap** | **Privacy Policy** | **Free Document Readers**