# EXHIBIT D

Skip to Main Content | Skip to Footer

## Alex Padilla
## California Secretary of State

About    Business    Notary & Authentications    Elections    Campaign & Lobbying    State Archives

Registries    News    Contact

  

## Special Filings

Immigration Consultants

**Qualifications & Check List**

**Immigration Consultant Search**

Successor-In-Interest Search

Forms & Fees

Special Filings FAQs

Contact Information

## Related Links

**Legislation**

**California Codes**

**California Regulations**

**Private Service Companies**



0Share

Home » Business Programs » Special Filings

# Successor-In-Interest

The information displayed here is updated daily.   It is not a complete or certified record of the Claim as Successor-In-Interest.

Fees and instructions for requesting information relating to a successor-in-interest of record are included on the **Special Filings Records Order Form**.

**New Search**

Search Results for:    Personality Name:   chris farley
                       Legal Name:

| | |
|---|---|
| **Personality Name:** | Chris Farley |
| **Legal Name:** | |
| **File Number:** | 10015 |
| **File Date:** | 06/20/2017 |
| **Date of Death:** | 12/18/1997 |
| **Name of Claimant:** | Make Him Smile, Inc. |
| **Address of Claimant:** | Make Him Smile, Inc., 753 North Kings Road, Suite 204, West Hollywood, CA 90069 Attn: President, Kevin Farley |
| **Percentage Interest Claimed:** | 100%% |
| **Above Percentage Claimed In:** | All Type of Right |
| **Claim Basis:** | Select or Fill-In Transfer By |

| Transferred By: | Contract |
|---|---|
| Filing Image Available: | YES |

New Search

Contact Information    Back to Top ↑

**Agency**

Home

About

Business

Notary & Authentications

Elections

Campaign & Lobbying

State Archives

Registries

News

Contact

**Resources**

Career Opportunities

Site Maintenance Schedule

Website Help

Language Access Complaint Form

Guidelines for Access to Public Records

California Home Page

Accessibility



Copyright © 2017 California Secretary of State  |  1500 11th Street, Sacramento, California 95814  |  (916) 653-6814

Sitemap  |  Privacy Policy  |  Free Document Readers



# State of California
## Secretary of State

## REGISTRATION OF
## CLAIM AS SUCCESSOR-IN-INTEREST
(Civil Code section 3344.1)

FILE NO. *10015*

**FILED**
Secretary of State
State of California

**JUN 2 0 2017**

(Office Use Only)

Instructions:

1.   Complete and mail to:  Secretary of State, P.O.  Box 942870, Sacramento, CA  94277-2870  (916) 653-3984

2.   Include filing fee of $10.00

Deceased Personality's Name:  CHRIS FARLEY

Legal Name (optional): _____

Date of Death:  DECEMBER 18, 1997

Name of Claimant:  MAKE HIM SMILE, INC.

Address of Claimant:  MAKE HIM SMILE, INC., 753 NORTH KINGS ROAD, SUITE 204, WEST HOLLYWOOD, CA 90069 ATTENTION: PRESIDENT, KEVIN FARLEY

Percentage Interest Claimed:     ( ✓ ) 100%     (     ) 50%     (     ) 25%     (     ) _____ %

The above percentage is claimed in     ( ✓ ) all types of rights OR  (     ) limited rights described as follows:

_____

_____

I make this claim as Successor-In-Interest on the basis that I am the surviving    (     ) spouse    (     ) child

(     ) grandchild  (     ) parent OR that property rights of said deceased personality have been transferred to me by

( ✓ ) contract    (     ) trust  (     ) will.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

RETURN ACKNOWLEDGMENT TO: (Type or Print)

NAME ⌐ MAKE HIM SMILE, INC.

ADDRESS 753 NORTH KINGS ROAD, SUITE 204
WEST HOLLYWOOD, CA 90069

CITY/STATE/ZIP ATTENTION: KEVIN FARLEY ⌐

JUNE 20, 2017

Date

Signature of Claimant

KEVIN FARLEY

Typed Name and Title of Claimant

SEC/STATE  NPSF 407 Rev 04/2015