# EXHIBIT E

Skip to Main Content | Skip to Footer

# Alex Padilla
# California Secretary of State

**About** | **Business** | **Notary & Authentications** | **Elections** | **Campaign & Lobbying** | **State Archives** | **Registries** | **News** | **Contact**

  

## Business Entities (BE)

- Online Services
  - File LLC Statement of Information
  - File Corporation Statement of Information
  - Business Search
  - Current Processing Dates
  - Disclosure Search
- Service Options
- Name Availability
- Forms, Samples & Fees
- Statements of Information (annual/biennial reports)
- Filing Tips
- Information Requests (certificates, copies & status reports)
- Service of Process
- FAQs
- Contact Information
- Resources
  - Business Resources

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 12, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1842978    MAKE HIM SMILE, INC.

| | |
|---|---|
| **Registration Date:** | 06/03/1993 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | KEVIN FARLEY<br>753 N. KINGS RD. #204<br>WEST HOLLYWOOD CA 90069 |
| **Entity Address:** | 753 N. KINGS RD. #204<br>WEST HOLLYWOOD CA 90069 |
| **Entity Mailing Address:** | 753 N. KINGS RD. #204<br>WEST HOLLYWOOD CA 90069 |

A Statement of Information is due EVERY year beginning five months before and through the end of June.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 12/02/2015 | [PDF] |
| SI-COMPLETE | 05/17/2010 | [PDF] |
| REGISTRATION | 06/03/1993 | Image unavailable. Please request paper copy. |

* Indicates the information is not contained in the California Secretary of State's database.

Exhibit E
Page 14

- Tax Information
- Starting A Business Checklist

FTB Nonprofit Dissolution

- FTB Administrative Dissolution/Surrender Notice
- FTB Abatement

Customer Alerts

- Business Identity Theft
- Misleading Business Solicitations

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Modify Search    New Search    Back to Search Results

### Related Links

Legislation

California Codes

California Regulations

Private Service Companies



13.7K Share

Contact Information    Back to Top ↑

### Agency

Home

About

Business

Notary & Authentications

Elections

Campaign & Lobbying

10-108222

 **State of California**  **Secretary of State**

**FILED**
in the office of the Secretary of State
of the State of California

MAY 17 2010

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

38

This Space For Filing Use Only

S

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)
C1842978
Make Him Smile, Inc.

**DUE DATE:** June 30, 2010

**NO CHANGE STATEMENT** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 16.

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| # | Description | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 3. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 5307 Lighthouse Bay Drive | Madison | WI | 53704 |
| 4. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA | |
| 5. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3 | | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 6. | CHIEF EXECUTIVE OFFICER/Chairman | Mary Anne Farley | 5307 Lighthouse Bay Drive | Madison | WI | 53704 |
| 7. | SECRETARY/ | Barbara Anne Farley | 601 N. Segoe Road, #205 | Madison | WI | 53705 |
| 8. | CHIEF FINANCIAL OFFICER/Treasurer | Barbara Anne Farley | 601 N. Segoe Road, #205 | Madison | WI | 53705 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 9. | Mary Anne Farley | 5307 Lighthouse Bay Drive | Madison | WI | 53704 |
| 10. | Barbara Anne Farley | 601 N. Segoe Road, #205 | Madison | WI | 53705 |
| 11. | | | | | |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS
James F. Walters

14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE — ZIP CODE
21700 Oxnard Street, Suite 900 — Woodland Hills — CA — 91367

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Holding Company

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

5/11/10 — Mary Anne Farley — Chairman — Mary Anne Farley, Ch. (signature)
DATE — TYPE/PRINT NAME OF PERSON COMPLETING FORM — TITLE — SIGNATURE

SI-200 N/C (REV 01/2008) — APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | Description | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

_____   _____   _____   _____
DATE         TYPE/PRINT NAME OF PERSON COMPLETING FORM   TITLE         SIGNATURE

SI-200 (REV 01/2013)                    **Page 1 of 1**                    APPROVED BY SECRETARY OF STATE

Exhibit E
Page 17