Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Autumn N. Nero (admitted *pro hac vice*)
ANero@perkinscoie.com
**PERKINS COIE LLP**
1 East Main Street, Suite 201
Madison, WI  53703
Telephone:  608.663.7460
Facsimile:  608.663.7499

Attorneys for Defendant
TREK BICYCLE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKE HIM SMILE, INC., a California corporation,<br><br>    Plaintiff,<br><br> v.<br><br>TREK BICYCLE CORPORATION, a Wisconsin corporation; and DOES 1 through 1000, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-07136-RGK (KS)<br><br>**DEFENDANT TREK BICYCLE CORPORATION'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF WISCONSIN PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date: May 29, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Location: Courtroom 850 |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 29, 2018, 2018, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the United States District Courthouse, 255 East Temple Street, Los Angeles, California 90012, before the Honorable R. Gary Klausner, Defendant Trek Bicycle Corporation ("Trek") will, and hereby does, move this Court for an order transferring this action to the Western District of Wisconsin.

This Motion is made pursuant to 28 U.S.C. § 1404(a) on the grounds that venue is proper in the Western District of Wisconsin, a substantial part of the events giving rise to the claims occurred in that district, it is the more convenient forum, given the location of key witnesses and evidence relevant to the action, and the interests of justice favor transfer.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the concurrently-filed Declarations of John Riley and Katherine M. Dugdale, any reply memorandum, the filings in this action, and such other matters as may be presented at or before the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 5, 2018.

DATED: April 24, 2018

**PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
Katherine M. Dugdale
Autumn N. Nero
Oliver M. Gold

Attorneys for Defendant
Trek Bicycle Corporation

LEGAL139522829.1

-1-

Defendant Trek Bicycle Corporation's Notice of Motion and Motion to Transfer Venue