# PERKINSCOie

One East Main Street
Suite 201
Madison, WI 53703-5118

T. +1.608.663.7460
F. +1.608.663.7499
PerkinsCoie.com

June 6, 2018

Autumn N. Nero
ANero@perkinscoie.com
D. +1.608.663.7467
F. +1.608.283.4467

**VIA ECF**

The Honorable James D. Peterson
United States District Court for the Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

   **Re:**   *Make Him Smile, Inc. v. Trek Bicycle Corporation*,
            U.S.D.C. for the Western District of Wisconsin, Case No. 3:18-cv-00423-jdp

Dear Judge Peterson:

   We are pleased to report that Plaintiff Make Him Smile, Inc. ("MHS") and Defendant Trek Bicycle Corporation ("Trek") have settled the above-referenced action, have fully executed the settlement documents, and expect to file formal a formal stipulation regarding dismissal within the next week.  However, because the case was recently transferred to the Western District of Wisconsin, counsel for MHS is not admitted pro hac vice.  The parties respectfully request that the Court allow counsel MHS to sign the stipulation for the limited purpose of dismissing the case with prejudice.

Very truly yours,

/s/ *Autumn N. Nero*

Autumn N. Nero

cc:    Counsel of Record (via ECF)

Perkins Coie LLP